IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENNETH MODICA                                                                                    PLAINTIFF

VS.                                            CASE NO. 05-CV-1087

PAPER, ALLIED-INDUSTRIAL,
CHEMICAL AND ENERGY
WORKERS INTERNATIONAL
UNION, AFL-CIO, et al.,                                                                        DEFENDANTS

## JUDGMENT

On August 29, 2006, the Court granted Defendant United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union's Motion to Dismiss. In the Court's Order granting said motion, Plaintiff's Complaint against the Defendant was dismissed. Plaintiff now asks that a separate judgment be entered in this case reflecting that dismissal. Therefore, in accordance with the Court's August 29, 2006 Order, Plaintiff's Complaint against Defendant United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union is dismissed and judgment is hereby entered in favor of said Defendant and against the Plaintiff Kenneth Modica.

IT IS SO ORDERED, this 11th day of October, 2006.

                                                                      /s/Harry F. Barnes
                                                                     Hon. Harry F. Barnes
                                                                     United States District Judge